LAW OFFICES OF BARAK BERLIN
BARAK J. BERLIN (CASB No. 216115)
Email: Barak@BerlinLawGroup.com
27349 Jefferson Ave, Ste 208
Temecula, CA 92590
Telephone: (951) 296-6188
Facsimile: (951) 296-6187

LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
CRAIG B. FRIEDBERG (CASB No. 127303)
Email: attcbf@cox.net
4760 South Pecos Road, Ste 103
Las Vegas, NV 89121
Telephone: (702) 435-7968
Facsimile: (702) 946-0887

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMA JEAN HAGMANN, | CASE NO. 5:16-CV-01492-JGB (KKX) |
| Plaintiff, | ORDER |
| vs. | |
| ASSET RECOVERY ASSOCIATES, INC., BRUCE COHEN, individually and as President of Asset Recovery Associates, Inc., MARIO BIANCHI, individually and as Secretary of Asset Recovery Associates, and DOES 1-10, Inclusive, | |
| Defendants. | |

It appearing that the Defendants, Asset Recovery Associates, Inc., Bruce Cohen, and Mario Bianchi (hereinafter "Defendants") and Plaintiff Ima Jean Hagmann (hereinafter "Plaintiff") having settled their differences and agreed to the following terms and conditions, it is hereby ORDERED:

(1) The Defendants acknowledge service of the Summons, Complaint and

agree to the jurisdiction and venue of this Court.

(2)     The Defendants deny any wrongdoing or liability, including, but not limited to all claims and allegations set forth in the Complaint.

(3)     In the event of nonpayment or breach of this stipulated consent order, Plaintiff shall be entitled to a judgment in the amount of $26,000.00 less credits already paid for damages in this Action.  Defendants have agreed to make payments on the following schedule: The first payment of $3,250.00 shall be paid no later than November 1, 2016; the second payment of $3,250.00 shall be paid no later than December 1, 2016; the third payment of $3,250.00 shall be paid no later than January 3, 2017; and the fourth payment of $3,250.00 shall be paid no later than February 1, 2017. Payments must be received by Plaintiff's counsel by the dates set forth above.  In the event of a default (including, but not limited to, any payment not being received by Plaintiff's counsel by the deadline for that payment, or any check timely received but not paid by the processing institution), counsel for Plaintiff shall send notice to the Court and all Counsel of Record via the CM/ECF system advising of the non payment, and Defendants shall be given seven (7) calendar days from the filing of the default notice to cure the default.  Notice shall also be sent via email to ofcmgr@arainc.us and mariobianchi@arainc.us and via US Mail to 1919 S Highland, Lombard, IL 60148.

(4)     Time is of the essence and the payments shall be paid to the Law Offices of Barak Berlin, 27349 Jefferson Ave, Suite 208, Temecula, CA 92590.

(5)     Should the Defendants fail to make any installment payment by the due date and fail to cure within seven (7) calendar days from the filing of the default notice, then upon a sworn declaration by Plaintiff's Counsel as to the default, Plaintiff shall be entitled to a Judgment for the full amount ($26,000.00) less any payments made pursuant to this Consent Order. Plaintiff may also be awarded costs and reasonable attorneys fee to be determined by the court for the reasonable time and efforts expended in order to enforce this Consent Order and

1  Plaintiff's collection of the balance owed.

2      (6)   This action may be administratively closed for statistical purposes
3  with the right of any party to reopen to enforce this Consent Order.  Within
4  fourteen (14) days of the completion of all payments by Defendant, the parties
5  shall file a stipulation of dismissal with prejudice in the case.

6      IT IS SO ORDERED.

8  DATED: October 20, 2016

                        HON. JESUS G. BERNAL
                        UNITED STATES DISTRICT JUDGE